

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| CARLA WALLACE, | § | No. 08-15-00095-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| ARCELORMITTAL VINTON, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012-DCV-06529) |
| | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 27, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alejandro Acosta, III, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 27, 2015.

IT IS SO ORDERED this 14th day of August, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.